**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **NEW JERSEY BUILDING CONSTRUCTION LABORERS DISTRICT COUNCIL LOCAL UNION NO. 78,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**SUPER LLC,**<br><br>**Respondent.** | Civ. No. 16-3395 (WJM)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon the Petitioner' Motion to Confirm an Arbitration Award; the Court having considered the moving papers submitted by the Petitioner; and the Respondent having failed to respond to the petition; and a decision having been duly rendered;

**IT IS** on this 19th day of July 2016, hereby,

**ORDERED AND ADJUDGED** that Petitioner's motion is **GRANTED IN PART and DENIED IN PART** insofar as:

(1) the Award and Order issued by Joseph A. Harris on **June 3, 2016** is hereby **CONFIRMED;** but

(2) Petitioner's request for additional relief, including "the costs of this petition and of all subsequent proceedings and disbursements" and "[c]osts, attorney's fees and interests thereupon, as provided by law," is **DENIED without prejudice** to Petitioner supplementing its petition, within 14 days of this

Order, with an explanation of Petitioner's entitlement to such relief, and an affidavit of what the amounts of the fees and costs are.

/s/ William J. Martini

**WILLIAM J. MARTINI, U.S.D.J.**