BRESSLER AMERY & ROSS
A PROFESSIONAL CORPORATION

P.O. Box 1980 ▪ Morristown, New Jersey 07962

Hand Delivery:
325 Columbia Turnpike ▪ Florham Park, NJ 07932
973-514-1200 ▪ fax 973-514-1660
www.bressler.com

Jed L. Marcus
Member

direct: 973-966-9678
jmarcus@bressler.com

July 21, 2016

**By ECF Only**

Honorable William J. Martini, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re: Laborers Local Union 78 v. Super LLC**
**Civil Action No. 16-cv-3395 (WJM)(MF)**

Dear Judge Martini:

This firm is labor counsel for Defendant Super, LLC ("Super") in the above-referenced matter. My firm was not retained in this matter until July 8, 2016. Since then, I have been investigating the matter and the underlying arbitration (of which we were not involved).

I am informed that my client received Plaintiff Laborers Local 78's ("Union") Petition to Confirm the Arbitration Award, which was sent by certified mail, on or about July 1, 2016. I am also informed that today, it learned that the Court confirmed the arbitration award and entered a judgment against it. It was not, however, informed that the Court had issued a briefing schedule.

I have spoken with the Union's attorney, Raymond G. Heineman, Jr., Esq. We agreed that before my firm files a motion to vacate the judgment, we should meet and discuss the matter together and see if the dispute cannot be resolved amicably. Absent that, we will file a motion to vacate the judgment and ask for the Court's patience.

We appreciate the Court's attention and consideration in this regard.

Very truly yours,

JMarcus

Jed L. Marcus

JLM: